24-0191

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| **In re** | **Case No. 24-21749** |
| | **CHAPTER 13** |
| **Shirlene Denise Newbern** | |
| | **Judge: KENT LINDQUIST** |
| **Debtor** | **AGREED ORDER GRANTING MODIFICATION OF THE AUTOMATIC STAY/ 5030 W. 17TH Street, Gary, IN 46406** |

This matter came on to be considered on the Motion for Relief from Stay (the "Motion") filed by

Lake Michigan Tax Auction, LLC (the "Movant"). Movant has alleged that good cause exists for

granting the Motion and that Debtors, counsel for Debtor, the Chapter 13 Trustee, and all other

necessary parties were served with this Motion and with notice of the hearing date for this Motion;

and the parties have entered into an agreement resolving the Motion.

　　　**IT IS, THEREFORE, ORDERED:**

1. The automatic stay imposed in this case is hereby modified to allow Movant to send the notices required by Ind. Code § 6-1.1-25-4.6 regarding the tax sale certificate purchased by Movant on the Debtor's property located at 5030 W. 17th Avenue, Gary, IN 46406

2 Furthermore, the automatic stay imposed in this case is hereby modified to allow the Movant to file a Verified Petition for Issuance of Tax Deed in Lake County Circuit Court for the above-referenced property. Upon filing of the Verified Petition, the Circuit Court shall be advised that any further action regarding the issuance of a Tax Deed is stayed pending further order of this Court.

# # #

SUBMITTED BY:


*/s/ Terra L. Meek*
Ulrich, Sassano, Deighton, Delaney & Higgins, L.P.A.
By:  Terra L. Meek (KY 90830)
24755 Chagrin Blvd., Suite 200
Cleveland, OH 44122-5690
(216) 360-7200 Phone
(216) 360-7212 Facsimile
bankruptcy@carlisle-law.com
Attorneys for Movant:
Lake Michigan Tax Auction, LLC


/s/ Dan L. Whitten (with email authorization given 10/23/24)

Dan L. Whitten
Whitten & Whitten, LLC
200 E. 80th Place, Suite 110
Merrillville, IN 46410
(219) 472-8391
Whitten33@aol.com
Counsel for Debtor